# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In re Guardianship of THOMAS C. BOOKER, WARD.

LESLIE FERDERIGOS,

Appellant,

v.

SUSAN WHITNEY, as temporary guardian of
Thomas C. Booker, an incapacitated person,

Appellee.

No. 2D23-424
_____

December 27, 2023

Appeal from the Circuit Court for Hillsborough County; Lindsay Alvarez, Judge.

Leslie Ferderigos, pro se.

Gerald L. Hemness, Jr. of Gerald L. Hemness, P.A., Tampa, for Appellee.


PER CURIAM.

    Affirmed.

VILLANTI, LUCAS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.